IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KYLE BUCKLES,

    Petitioner,

v.

REED RICHARDSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

17-cv-411-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for petitioner Kyle Buckles's failure to prosecute it pursuant to Federal Rule of Civil Procedure 41(b).

/s/

Peter Oppeneer, Clerk of Court

9/14/2018

Date